# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3480

_____

Ronnie Blade,                          *
                                       *
            Appellant,                 *    Appeal from the United States
                                       *    District Court for the
      v.                               *    Western District of Missouri.
                                       *
United States of America,              *         [UNPUBLISHED]
                                       *
            Appellee.                  *

_____

Submitted: January 13, 2010
Filed: February 4, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ronnie Blade appeals the district court's[1] denial of his Fed. R. Crim. P. 41(g) motion for the return of property. Upon careful review, see Jackson v. United States, 526 F.3d 394, 396 (8th Cir. 2008) (legal conclusions reviewed de novo and findings of fact reviewed for clear error), we find no basis for reversal. We also find no abuse of discretion in the district court's denial of Blade's motion for appointed counsel. See Phillips v. Jasper County Jail, 437 F.3d 791, 794 (8th Cir. 2006) (district court's

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

denial of appointed counsel reviewed for abuse of discretion; relevant factors). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____